Michael J. Kozoriz, Esq.
**WHITE AND WILLIAMS LLP**
The Atrium
80 Route 4
Paramus, New Jersey 07652
Attorneys for Plaintiff, Mark IV Transportation & Logistics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Mark IV Transportation & Logistics,** | CIVIL ACTION |
| Plaintiff, | DOCKET NO.: 09-CV-6480 (PGS) |
| v. | ORDER |
| **Lightning Logistics, LLC, Traveller Logistics, Inc., John Gregory O'Riordan, Crosstown Courier, Inc., and Scott Evatt,** | |
| Defendants. | |

THIS MATTER having come before the Court on motion of plaintiff, Mark IV Transportation & Logistics, for the entry of an Order granting leave to file an Amended Complaint, and for good cause shown:

IT IS on this _1st_ day of _December_, 20_10_,

**ORDERED** that the plaintiff's motion is hereby **GRANTED**; and it is further

**ORDERED** that the proposed Amended Complaint And Jury Demand appended to plaintiff's motion as an exhibit be deemed filed as of the date hereof; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties having appeared in this action, if any, within _10_ days of the date of receipt of this Order. The Clerk of the Court is directed to terminate Docket Entry No. 8.

_____
U.S.D.J.

LIMITED LIABILITY PARTNERSHIP REGISTERED IN PENNSYLVANIA
6933251v.1