NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARK IV TRANSPORTATION & LOGISTICS, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 09-6480(ES) |
| | : | |
| v. | : | |
| | : | |
| LIGHTNING LOGISTICS, LLC, et al., | : | **ORDER** |
| | : | |
| Defendants. | : | |

**SALAS, DISTRICT JUDGE**

For the reasons set forth in the Opinion filed herewith,

    IT IS on this 5th day of December 2012,

    ORDERED that Plaintiff's motion for default judgment against Defendant Traveller Logistics, Inc. is GRANTED; and it is further

    ORDERED that Plaintiff's motion for default judgment against Defendant John Gregory O'Riordan ("O'Riordan") is DENIED; and it is further

    ORDERED that O'Riordan's request to vacate default is GRANTED; and it is further

    ORDERED that O'Riordan's Answer is deemed validly filed as of the date of this Order and the corresponding Opinion; and it is further

    ORDERED that the Clerk of Court shall terminate the motion at Docket Entry Number 66.

                                                *s/Esther Salas*
                                                **Esther Salas, U.S.D.J.**